**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-26-0000097**
**30-JUN-2026**
**07:51 AM**
**Dkt. 52 OGMD**

NO. CAAP-26-0000097


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


MARK MALAGODI and JANET JOHNSTON,
Plaintiffs/Counterclaim Defendants-Appellees,
v.
CAMERON E. NICE, MARTHA J. JACOBSEN,
Defendants/Counterclaimants-Appellants, and
AMERICAN SAVINGS BANK, F.S.B., a Federal Savings Bank,
Defendant-Appellee, and
JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-20, DOE
CORPORATIONS 1-20, and DOE ENTITIES 1-20,
Defendants.


APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CASE NO. 5CCV-22-0000027)


ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Nakasone, Chief Judge, Wadsworth and Gluck, JJ.)


Upon review of self-represented Defendants-Appellants
Cameron E. Nice and Martha J. Jacobsen's June 26, 2026 "Motion

for Voluntary Dismissal of Appeal" (**Motion**), the papers in support, and the record,

IT IS HEREBY ORDERED that the Motion is granted and the appeal is dismissed.  The parties shall bear their own fees and costs.

DATED:  Honolulu, Hawaiʻi, June 30, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Daniel M. Gluck
Associate Judge